UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRICE MUHANUKA,<br><br>                                 Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Senior Warden,<br>Otay Mesa Detention Center, et al.,<br><br>                                 Respondents. | Case No.:  26-cv-3127-RSH-MSB<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS** |

On May 19, 2026, petitioner Fabrice Muhanuka, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Court construes the Petition as alleging that Petitioner's immigration detention without consideration of bond has become unduly prolonged in violation of due process. On June 22, 2026, Respondents filed a return agreeing that this Court should order that Petitioner receive an individualized bond hearing before an immigration judge. ECF No. 7 at 1.

//

//

//

//

//

26-cv-3127-RSH-MSB

Accordingly, the Petition is **GRANTED** as follows. Respondents are directed to arrange a bond hearing for petitioner Fabrice Muhanuka before an immigration court within ***fourteen (14) days*** of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release, as the Petition does not set forth an adequate legal basis for such relief.

    **IT IS SO ORDERED**.

Dated: June 22, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-3127-RSH-MSB